FILED
2021 Jun-04 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2021 JUN -4 A II: 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

Phillip Velasevez
)
*Plaintiff*
)
*(Write your full name. No more than one plaintiff may be named in a complaint.)*
)
)
)
-v-
)
Case No. 1:21cv 771-KOB-SGC
)
*(to be filled in by the Clerk's Office)*
)
)
)
Lieutent sis vaughn
)
)
)
Chief Psycholougist DR Hughes
)
*Defendant(s)*
)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name  Phillip. Velasquez

All other names by which
you have been known:  _____

ID Number  17037028

Current Institution  FCI Talladega AL

Address  _____

 Talladega                AL              35160
 *City*                  *State*          *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  VAughN

Job or Title *(if known)*  Sis Lieutenant

Shield Number  NA

Employer  Fedreal Correction Institution

Address  PMB 1000

 Talladega                ALABAMA    35160
 *City*                  *State*          *Zip Code*

☐  Individual Capacity        ☒  Official Capacity

Defendant No. 2

Name  DR Hughes

Job or Title *(if known)*  Chief psychologist

Shield Number  NA

Employer  Fedreal Correction Instiution

Address  PMB 1000

 Talladega                ALABAMA    35160
 *City*                  *State*          *Zip Code*

☐  Individual Capacity        ☒  Official Capacity

2

**Defendant No. 3**

    Name                        _____

    Job or Title *(if known)*     _____

    Shield Number           _____

    Employer                _____

    Address                 _____

                            *City*          *State*         *Zip Code*

    ☐  Individual Capacity    ☐  Official Capacity

**Defendant No. 4**

    Name                        _____

    Job or Title *(if known)*     _____

    Shield Number           _____

    Employer                _____

    Address                 _____

                            *City*          *State*         *Zip Code*

    ☐  Individual Capacity    ☐  Official Capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.   Are you bringing suit against *(check all that apply)*:

        ☑  Federal officials (a *Bivens* claim)

        ☐  State or local officials (a § 1983 claim)

    B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        _____

        _____

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials? PreA ASWell

The 8th Amm end ment STAtS A Convicted InmAte HAS the Right to Be Free From cruAl And UnconscH Phnishnent

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other
(explain)

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See EXiBit 1-5

V        Injuries,     Continued

Anxiety attacks, Sense of self-worth, hopelessness, A sense of being helpless. Self-isolation due to fear of retaliation, Severe Depression, Suicidal and Homicidal Thoughts. I now have a fear that I'll be unable to maintain Healthy Boundaries with fellow inmates as well as staff due to the way especially staff has handle this investigation, Mainly Lieutenent S.i.s Vaugh, and Chief Psychologist Dr. Hughs.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Between 1030 Am And 1110 Am on 4/28/21

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Inmate tyler miller grabbed my PRIVATE PARTS In the unicor bathroom

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Since the abouve incident iv HAd a sesvere loss off Appetite Loss of waont night miss see pgs

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

AS fos relief fos the claim In This packet In Money vAlue im seeking to be compensated $3,000.000, 3 million Dollars fos the Insurses I sus teen during tyles millers sexual Assault,

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI Tandega Alanba

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   *I* WAS refused BP8's wrich iS the grevencl

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

_____

3.  What was the result, if any?

_____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____
_____
_____
_____
_____
_____
_____
_____

7

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

I WAS refused to Be given one

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

DS Hughes By Innk messing

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

Owensbooly I was Being shiped Here We coudent take nothing on the plane Withcs it took A Wille for my Perso tedy to ketch of With me.

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

**IX.**   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff    Phillip Vacasquez

Prison Identification #    17037028

Prison Address    PMB 1000

Talladega            Alabama        35160
     *City*                  *State*          *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/28/21
                  *(Date)*

Phillip Vacasquez
Signature of Plaintiff

10

Letter to Court

FILED

2021 JUN -4 P 12:59

Im requesting that this case be scheduled an Immediate Court Date on this Matter.

I, Phillip Velasquez, WAS Sexually Assaulted at FCI Talledega Federal Prison. I Did file a PREA. Which is Prison Rape Elimination Act, on Tyler Miller ~~Tyler~~ After this, Lietenet S.S. Vaughn stated that both Tyler Miller and Myself would return to the Compound during the investigation, and No punishment towards Tyler Miller. Thats as if its OK in LT. S.S. Vaughns eyes OK. and agrees with the action said, and a inmate to Sexually Assault another, and therefore Not be held accountable. Im a Pro-se Inmate and want Honest and fair Justice in this Matter. This is Not OK and not Normal Behavior. Im an indigent inmate and would Like to have Representation appointed to me. Please see Exibits 1-5.

PS. will you Please send A Copy of This Document and my 1983 form Prisoner Lawsuit. I was denied copies and Im in lockdown, No monies and that option is unAvailable ThankYou and God Bless You!

Thank You,

Phillip Velasquez
#7037 7028

This facility has refused me to have the ~~Noterization~~ Noterization Done As well As my 6 month Account statment Printed off And to be given greivences.

On Wednesday April 28, 2021, I Phillip Velasquez #17037028 filed a PREA against inmate Tyler Miller. I followed the chain of command by notifying the appropriate staff at FCI Talladega and ultimately filed a formal complaint against Tyler Miller. When Tyler Miller was notified of my allegations against him, he promptly filed a retalitory PREA complaint against me. I am not certain what a PREA investigation entails but both of us were promptly placed in isolation (SHU), pending SIS investigation, and were forced to be in a cell with no property, hygiene, adequate cleaning supplies, access to the law library or legal mail. I have a pending case in Hopkinsville, Ky and I am up against court imposed deadlines and I was unable to obtain my legal mail for a total of 10 business days. I repeatedly addressed this with SHU custody, administrative staff, lieutenants, the A.W. and even Warden Nash. Mrs. Nash notified staff to get my legal mail on 5-6-21 and I still did not receive it until 5-10-21. Another issue I had was with Health Services and their inability to provide me with a Dr prescribed ankle brace and my Albuterol inhaler. I began to notify them on April 29, 2021 and I didnt receive those items until 5-9-21.

②

As a child I was subjected to years of physical and mental abuse. So when Tyler Miller touched and grabbed me in an inappropriate manner, it placed me in a bad mental state. I felt worthless, dirty, hopeless and ultimately suicidal. The whole incident was very traumatic and it causes me to lose sleep, my appetite and my desire to live. On Thursday April 29 2021, I drank a 2 quart spray bottle full of bleach. In my mind, it was the only thing in my possession that could end my life. Custody was made aware of what I had done and I was taken to Baptist Health to receive treatment.

Upon returning to FCI Talladega, I was placed on suicide watch. I was given a very thin mattress to sleep on, a suicide quilt and a velcro smock. For twelve hours each day, custody is instructed by Dr. Hughes (Chief Pshychologist) to remove the mattress and quilt from the person on suicide watch. When I notified Dr. Hughes that I was freezing cold and needed the blanket she stated that I needed to get up and walk for twelve hours and that they kept it unbearably cold and uncomfortable in the cell so that you would never come back. In my opinion, if they would address my fragile mental health state, I would have no desire to come back. Not to mention the fact that the eighth ammendment prevents us from falling victim to cruel and unusual punishment.

(3)

Another issue with suicide watch is the fact that my mattress and quilt were thrown onto the floor for a total of five days and they were never cleaned or changed. There are active cases of MRSA here and it can easily be spread through soiled bedding. MRSA coupled with the Covid 19 pandemic should cause staff to take all precautions to ensure that no infectious diseases are passed.

When I notified Dr Hughes that I wanted a legal call so that I could contact my attorney, she refused my request and provided no reason as to why. I was trying to notify my attorney that a Dr (video call) at Baptist Health had recommended that I be placed in a psych facility and Dr. Hughes denied the request. Instead, I was place in a freezing cold suicide cell without access to Dr prescribed items, legal mail, attorney call, adequate hygiene supplies, disinfected or clean linens and the appropriate mental health treatment.

④

The past two weeks have been very traumatic and have set me back in my rehabilitative process. I was sexually assaulted, filed a PREA, and have been treated as if I have done something wrong. I am still in the SHU (pending investigation) and a clear answer hasn't been provided. I have a bottom bunk pass due to siezures and I have spent every night on a top bunk. I continue to reach out to the Psychology Dept daily regarding my fragile mental state and I am making no progress. I am going through severe mental duress, I have no appetite and I rarely sleep. The way that I have been treated is uncalled for, inhumane and unconstitutional.

continued pg 2

I was refuged to be given their first name nor first
Letter of their name

I was refuged to be given their first name nor first
Letter of their name



# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   17037-028                    Inmate Name:    VELASQUEZ, PHILLIP MICHAEL

### Housing Status

__ confined to the living quarters except   __meals    __ pill line    __treatments    Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only    Exp. Date: _____

__X__ cell:   __cell on first floor   __single cell   __X__ lower bunk   __airborne infection isolation  Exp. Date: _____

__ other: _____    Exp. Date: _____

### Physical Limitation/Restriction

__ all sports    Exp. Date: _____

__ weightlifting:   __upper body    __lower body    Exp. Date: _____

__ cardiovascular exercise:   __running  __jogging  __walking  __softball    Exp. Date: _____
              __football  __basketball  __handball  __stationary equipment

__ other: _____    Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes | 03/02/2021 | 03/09/2022 | |
| Brace - ankle | 12/17/2020 | 12/17/2021 | |

  One neoprene ankle brace for R ankle.

### Work Restriction / Limitation:

Cleared for Food Service:   **Yes**

| Restriction | Expiration Date |
|---|---|
| No Driving | |
| No Work Around Potentially Dangerous Machinery | |
| No Upper Bunk | |
| No Climbing | |

**Comments:**  N/A

_____    _____
                    **Lawrence, W. MD**                      **03/02/2021**
Health Services Staff                                     Date

Inmate Name: **VELASQUEZ, PHILLIP MICHAEL**    Reg #:    **17037-028**    Quarters:   **S03**

*ALL EXPIRATION DATES ARE AT 24:00*

**E. Lawrence, MD**
Medical Officer
FCI/FPC Talladega